# CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Joel ROSALES**<br>DOB: 1990; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-09098MJ |
| Complaint for violation of Title 18, United States Code, § 554(a) ||

On or about September 15, 2023, in the District of Arizona, **Joel ROSALES** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Anderson manufacturing AM-15 rifle, one (1) Smith and Wesson MP15 rifle, one (1) PMAG 30 round magazine, and one (1) ASC LLC 30 round magazine containing 9 rounds of .223 Remington ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 15, 2023, **Joel ROSALES** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Joel ROSALES**, who was the driver of a white Hyundai Sonata bearing temporary license plate tags 253425F. CBPOs observed **ROSALES** avoiding eye contact, a sign of nervous behavior. CBPOs also noticed that the ignition of the vehicle was punched out, indicating a possible sign of a stolen vehicle. **ROSALES** was asked to step out of the vehicle. While stepping out of the vehicle, ROSALES' hands were observed to be shaky. When ROSALES stepped out of the vehicle, two rifle magazines fell from the driver's seat. One magazine contained 9 rounds of .223 Remington ammunition. Queries on the vehicle indicated that it was reported stolen out of Phoenix. During booking, **ROSALES** uttered that he was a drug addict and was high on cocaine at the time of his arrest.

A Canine Enforcement Officer and his assigned canine performed a sweep of the vehicle. The canine alerted to the presence of a trained odor emitting from trunk of the car. When the trunk of the vehicle was searched two rifles were found: one (1) Anderson manufacturing AM-15 rifle and one (1) Smith and Wesson MP15 rifle. The magazines were a PMAG 30 round magazine, and an ASC LLC 30 round magazine containing 9 rounds of .223 Remington ammunition.

**(BASIS OF COMPLAINANT'S CHARGE CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>HARRISON T CLARK<br>*Digitally signed by HARRISON T CLARK*<br>*Date: 2023.09.18 16:41:24 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA *Raquel Arellano*  *Raquel Arellano* *Digitally signed by RAQUEL ARELLANO Date: 2023.09.18 14:16:33 -07'00'* | OFFICIAL TITLE<br>HSI Special Agent Harrison Clark |
| **Sworn by telephone  x** ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 18, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**  23-09098MJ

The rifles and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.



